AO 91 (Rev. 11/11) Criminal Complaint

SEALED   FILED
OCT 1 9 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JORDAN DUNCAN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:20-mj-1272-RJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2019 through the present__ in the county of __Onslow__ in the __Eastern__ District of __NC and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 371 | conspiracy |

This criminal complaint is based on these facts:

See Affidavit, attached

☐ Continued on the attached sheet.

_Complainant's signature_

John C. Little, SA NCIS
*Printed name and title*

On this day, __John L. Little__ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: __October 19 2020__

City and state: __Wilmington, NC__

_Judge's signature_

ROBERT B. JONES, JR, U.S. Magistrate Judge
*Printed name and title*