IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| IN THE MATTER OF THE COMPLAINT AGAINST JORDAN DUNCAN | Case No. 7:20-mj-1272-RJ <br><br> **Filed Under Seal** |
|---|---|

## MOTION TO SEAL COMPLAINT
## AND SUPPORTING DOCUMENTATION

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, moves this Honorable Court for an Order to Seal the above-captioned matter.

The documents contain information regarding an ongoing investigation of conspiracy to illegally manufacture firearms and suppressors, and interstate transportation of the same. The United States of America believes that to reveal the existence of the complaint, affidavit, and any resulting warrant at this time could result in adverse effects, including flight from prosecution and destruction of or tampering with evidence; as a result, the ongoing investigation could be jeopardized.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-captioned matter. The undersigned Assistant United States Attorney further requests that the Court direct the Clerk of Court to provide the United States Attorney with a copy of the complaint, affidavit, and resulting warrant, as well as of this Motion to Seal and Order to Seal, for distribution as necessary to effectuate the arrest and Order.

1

Dated this the 17th day of October, 2020.

> ROBERT J. HIGDON, JR.
> United States Attorney
>
> BY: *Barbara D. Kocher*
> BARBARA D. KOCHER
> Assistant United States Attorney
> Criminal Division
> 150 Fayetteville St., Suite 2100
> Raleigh, North Carolina 27601
> Telephone: 919-856-4530
> Email: barb.kocher@usdoj.gov
> N.C. State Bar No. 16360