IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-MJ-1272-RJ

| | |
|---|---|
| UNITED STAES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JORDAN DUNCAN | ) |

ORDER TO UNSEAL

Upon motion of the United States, it is hereby ORDERED that the criminal complaint and resulting warrant in the above-captioned case be unsealed; the supporting affidavit to the Complaint will remain under seal until motion to unseal is specifically made and granted.

This the 21 day of October, 2020.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

1