# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JORDAN DUNCAN<br><br>_Defendant_ | )<br>)<br>) Case No. 7:20-mj-1272-RJ<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Jordan Duncan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

conspiring and agreeing with others to commit offenses against the United States in violation of Title 18, United States Code, Section 922(a)(1)(A) and 922(a)(3), in violation of 18 U.S.C. § 371.

Date: October 19 2020

_Issuing officer's signature_

City and state:   Wilmington, NC

ROBERT B. JONES, JR.  US Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_