IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-MJ-1272-RJ

| | |
|---|---|
| UNITED STAES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JORDAN DUNCAN | ) |

ORDER TO UNSEAL

Upon motion of the United States, it is hereby ORDERED that the supporting

affidavit to the Complaint and Warrant earlier filed now be unsealed.

This the ___2___ day of November, 2020.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

1