AO 442 (Rev. 11/11) Arrest Warrant


RECEIVED
OCT 19 2020
U.S. Marshals Service, EDNC

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

United States of America
v.

JORDAN DUNCAN

Defendant

Case No. 7:20-mj-1272-RJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jordan Duncan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiring and agreeing with others to commit offenses against the United States in violation of Title 18, United States Code, Section 922(a)(1)(A) and 922(a)(3), in violation of 18 U.S.C. § 371.

Date: October 19, 2020

*Issuing officer's signature*

City and state: Wilmington, NC

ROBERT B. JONES, JR. US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/19/20, and the person was arrested on *(date)* 10/20/20
at *(city and state)* Boise, ID

Date: 11/25/20

J. Little, NCIS
*Arresting officer's signature*

by S. Bowyer, USMS
*Printed name and title*


FILED
NOV 25 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK